**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **CHRISTINA LEEDY, on behalf of Herself and others similarly situated,** | § § | **C.A. NO. 5:25-cv-00631** |
| | § | **CLASS ACTION COMPLAINT** |
| ***Plaintiff,*** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § § | |
| **US MED DIRECT, LLC,** | § § | |
| ***Defendant.*** | § | |

**ANSWER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW US Med Direct, LLC (hereinafter referred to as "USMD" or "Defendant"), and files this Answer to Plaintiff's Complaint, stating as follows:

**Nature of this Action**

1. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 1 of Plaintiff's Complaint; therefore, they are denied as pled.

2. Defendant admits the allegations contained in Paragraph No. 2 of Plaintiff's Complaint.

3. Defendant denies the allegations contained in Paragraph No. 3 of Plaintiff's Complaint.

4. Defendant denies the allegations contained in Paragraph No. 4 of Plaintiff's Complaint.


323407875v.2

## Jurisdiction and Venue

5. Defendant admits the allegations contained in Paragraph No. 5 of Plaintiff's Complaint.

6. Defendant denies the allegations contained in Paragraph No. 6 of Plaintiff's Complaint.

7. Defendant denies the allegations contained in Paragraph No. 7 of Plaintiff's Complaint.

## Parties

8. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 8 of Plaintiff's Complaint; therefore, they are denied as pled.

9. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 9 of Plaintiff's Complaint; therefore, they are denied as pled.

10. Defendant denies the allegations contained in Paragraph No. 10 of Plaintiff's Complaint.

11. Defendant admits the allegations contained in Paragraph No. 11 of Plaintiff's Complaint.

## Factual Allegations

12. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 12 of Plaintiff's Complaint; therefore, they are denied as pled.

13. Defendant denies the allegations contained in Paragraph No. 13 of Plaintiff's Complaint.

14. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 14 of Plaintiff's Complaint; therefore, they are denied as pled.

15. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 15 of Plaintiff's Complaint; therefore, they are denied as pled.

16. Defendant denies the allegations contained in Paragraph No. 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in Paragraph No. 17 of Plaintiff's Complaint.

18. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 18 of Plaintiff's Complaint; therefore, they are denied as pled.

19. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 19 of Plaintiff's Complaint; therefore, they are denied as pled.

20. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 20 of Plaintiff's Complaint; therefore, they are denied as pled.

21. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 21 of Plaintiff's Complaint; therefore, they are denied as pled.

22. Defendant denies the allegations contained in Paragraph No. 22 of Plaintiff's Complaint.

23. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 23 of Plaintiff's Complaint; therefore, they are denied as pled.

24. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 24 of Plaintiff's Complaint; therefore, they are denied as pled.

25. Defendant denies the allegations contained in Paragraph No. 25 of Plaintiff's Complaint.

26. Defendant denies the allegations contained in Paragraph No. 26 of Plaintiff's Complaint.

27. Defendant admits the allegations contained in Paragraph No. 27 of Plaintiff's Complaint.

28. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 28 of Plaintiff's Complaint; therefore, they are denied as pled.

29. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 29 of Plaintiff's Complaint; therefore, they are denied as pled.

30. Defendant denies the allegations contained in Paragraph No. 30 of Plaintiff's Complaint.

31. Defendant denies the allegations contained in Paragraph No. 31 of Plaintiff's Complaint.

32. Defendant denies the allegations contained in Paragraph No. 32 of Plaintiff's Complaint.

33. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 33 of Plaintiff's Complaint; therefore, they are denied as pled.

34. Defendant is without sufficient knowledge or information upon which to form a belief as to truth of the allegations contained in Paragraph No. 34 of Plaintiff's Complaint; therefore, they are denied as pled.

35. Defendant denies the allegations contained in Paragraph No. 35 of Plaintiff's Complaint.

## Class Action Allegations

36. To the extent the allegations contained in Paragraph No. 36 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

37. To the extent the allegations contained in Paragraph No. 37 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

38. To the extent the allegations contained in Paragraph No. 38 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

39. To the extent the allegations contained in Paragraph No. 39 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

40. To the extent the allegations contained in Paragraph No. 40 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

41. To the extent the allegations contained in Paragraph No. 41 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

42. To the extent the allegations contained in Paragraph No. 42 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

43. To the extent the allegations contained in Paragraph No. 43 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

44. To the extent the allegations contained in Paragraph No. 44 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

45. To the extent the allegations contained in Paragraph No. 45 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

46. To the extent the allegations contained in Paragraph No. 46 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

47. To the extent the allegations contained in Paragraph No. 47 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

48. To the extent the allegations contained in Paragraph No. 48 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

49. To the extent the allegations contained in Paragraph No. 49 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

50. To the extent the allegations contained in Paragraph No. 50 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

51. To the extent the allegations contained in Paragraph No. 51 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

52. To the extent the allegations contained in Paragraph No. 52 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

53. To the extent the allegations contained in Paragraph No. 53 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

54. To the extent the allegations contained in Paragraph No. 54 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

55. To the extent the allegations contained in Paragraph No. 55 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

56. To the extent the allegations contained in Paragraph No. 56 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

57. To the extent the allegations contained in Paragraph No. 57 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

58. To the extent the allegations contained in Paragraph No. 58 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

59. To the extent the allegations contained in Paragraph No. 59 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

60. To the extent the allegations contained in Paragraph No. 60 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

61. To the extent the allegations contained in Paragraph No. 61 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

62. To the extent the allegations contained in Paragraph No. 62 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

63. To the extent the allegations contained in Paragraph No. 63 of Plaintiff's Complaint state a legal conclusion, no response is required from Defendant. To the extent a response is required, Defendant denies these allegations as pled.

**Count I**
**Violation of 47 U.S.C. § 227(b)(1)(A)(iii)**

64. Defendant admits that Plaintiff has repeated and re-alleged the factual allegations contained in paragraphs 1–63 of the Complaint.

65. Defendant denies the allegations contained in Paragraph No. 65 of Plaintiff's Complaint.

66. Defendant denies the allegations contained in Paragraph No. 66 of Plaintiff's Complaint.

67. Defendant denies the allegations contained in Paragraph No. 67 of Plaintiff's Complaint.

**Prayer for Relief**

Defendant denies the allegations contained in the WHEREFORE Paragraph, including subparagraphs (a) – (j), of Plaintiff's Complaint.

**Demand for Jury Trial**

Defendant admits that Plaintiff demands a trial by jury.

Any and all remaining allegations not expressly admitted herein are denied as pled.

WHEREFORE, having fully responded to Plaintiff's Complaint, Defendant hereby prays for the following relief from this Honorable Court:

1. That Plaintiff's claims be denied as to Defendant;
2. That all costs, attorneys' fees, and expenses of this action be taxed against Plaintiff; and
3. For such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted this 3rd day of November, 2025.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**

By: *s/ Leia V. Leitner*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com

**ATTORNEY FOR US MED DIRECT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically served on all counsel of record on November 3, 2025, as follows:

*Via ECF: mcn@notzenlawfirm*
Marcel C. Notzen, III
The Notzen Law Firm, PLLC
6999 McPherson Rd., Ste. 325
North Town Professional Plaza
Laredo, Texas, 78041
*Attorney for Plaintiff*

*/s/ R. Casey O'Neill*
R. Casey O'Neill