**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| CHRISTINA LEEDY, individually and on behalf of all others similarly situated, | : : | Case No. 5:25-cv-00631-PGB-PRL |
| | : | **CLASS ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| US MED DIRECT, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |

**Motion for Special Admission**

Alex N. Jilizian, Esquire, moves for special admission to represent plaintiff in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, the Northern District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have never appeared in a case in a Federal or State Court in Florida.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

### Local Rule 3.01(g) Certification

I have conferred with opposing counsel, who does not object to this motion.

Dated: July 10, 2026

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Flr.
Coral Gables, FL 33133
Telephone: (305) 469-5881

*/s/ Alex N. Jilizian*
Alex N. Jilizian
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

2

Telephone: (213) 866-5293
alex@paronichlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Alex N. Jilizian*