**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHRISTINA LEEDY, individually and**
**on behalf of all others similarly situated,**

      **Plaintiff,**

    **v.**                    **Case No.:  5:25-cv-00631-PGB-PRL**

**US MED DIRECT, LLC,**

      **Defendant,**

                             /

**ORDER**

The motion to appear *pro hac vice* of Alex N. Jilizian, Esq. (Doc. 27) is **GRANTED**,

provided counsel **shall register for and use the electronic filing system** as adopted by the

Court. To activate e-filing access, counsel shall pay the $150.00 special admission fee and

submit the *pro hac vice* e-file registration through PACER.[1] After this Order, the Clerk will no

longer send copies of docket entries by U.S. Mail to counsel in this case.

DONE and ORDERED in Ocala, Florida on July 22, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.